IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP GAY, #109431, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-178-WHA |
| | ) | |
| RALPH HOOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the claims presented in the instant petition for habeas corpus relief, and as such claims challenge separate and distinct actions undertaken by the Circuit Court of Coffee County, Alabama, it is

ORDERED that on or before March 16, 2007 the petitioner shall file an amended petition for habeas corpus relief which presents only claims relevant to the sentence imposed upon him in March of 1988 for first degree robbery. The petitioner is advised that if he fails to file an amended petition in compliance with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 1st day of March, 2007.

　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　WALLACE CAPEL
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE