UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 MAR -9 A 9:24

PHILLIP GAY, #109431
Petitioner,

vs.

RALPH HOOKS, et al.,
Respondents.

CASE NO.: 1:07-CV-178-WHA

## AMENDMENT TO PETITION FOR WRIT OF HABEAS CORPUS

Comes now the Petitioner, Phillip Gay, pro se and in response to Order of the Magistrate Judge, dated March 1, 2007, requiring the Petitioner to file an amended 28 USC §2254 habeas corpus petition, hereby submits the following claims relevant to the denial of State postconviction relief:

**GROUNDS OF PETITION:**

A: The petitioner's enhanced sentence of Life without Parole under the Habitual Felony Offender Act exceeds the maximum authorized by law and is otherwise unauthorized by law. (Supporting FACTS)

Petitioner was convicted on March 1, 1988, and sentenced to Life without Parole (LWOP) under §13A-5-9(c)(3) of Alabama Criminal Code (Acts 1980). At sentencing, the prosecution submitted three (3) prior felony convictions for use in enhancing sentence. The prior convictions for Common Law Robbery (Title 14-Section 415, Code Ala. (Acts 1940, 1958)), are unconstitutional on their face, null and void and invalid for use in enhancement proceedings. (See:

(cont.)
Motion to Strike Prior Convictions, filed June 30, 2006).

The prior conviction(s) for Common Law Robbery, on the face of the record, shows that "the trial judge, sitting without a jury, determined the issue of guilt and fixed the punishment."

At the time of commission of the alleged offense of Robbery, "It was a mandatory requirement, that could not be waived, that a jury must determine guilt and fix the punishment." See: Singleton v. State, 288 Ala. 519, 520-523 (Ala. 1971); Ex Parte Zimmerman, 49 Ala. App. 442, 444, 272 So.2d 914 (Ala. 1973). The error(s) are of jurisdictional defect.

The prior convictions are unconstitutional, null and void and invalid for use in any judicial proceeding under State or Federal law. The Sentencing Court was without jurisdiction to enhance sentence of LWOP.

Done this the 6th day of March, 2007.

Submitted by:

_Phillip Gay_
PHILLIP GAY
Petitioner Pro Se
AIS No. 109431
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146-5582

NOTE:
Prepared with assistance of layman.
(A.B. Malloy)

2

FREE M3/L

PHILLIP GAY # 109431
[J-16-2A]
1000 St. Clair Road
Springville, AL 35146-5582

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

CLERK, UNITED STATES DISTRICT COURT
FEDERAL COURTHOUSE (1:07-CV-178-WHA)
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711