**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Ralph Hooks
Warden
St. Clair Correctional Facility
1000 St. Clair Rd
Springville, AL 35146-5582

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Merrick*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): B.K. Derrick
C. Date of Delivery: 3-13-7

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

07CV178

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 1690

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540