IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY,<br>AIS #109431,<br><br>    Petitioner,<br><br>vs.<br><br>RALPH HOOKS, Warden; the<br>ATTORNEY GENERAL FOR<br>THE STATE OF ALABAMA,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  1:07-cv-178-WHA<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' MOTION FOR ENLARGEMENT**

Come the Respondents, by and through the Attorney General of the State of Alabama, and respectfully request an enlargement of time of fourteen (14) days in which to respond to this Honorable Court's Order to Show Cause why writ of habeas corpus should not be granted. As grounds in support of this motion, Respondents state as follows:

1. Phillip Gay attacks his 1988 conviction for first degree robbery and resulting sentence, as an habitual offender, to life in prison without parole rendered in Coffee County (Enterprise Division) Circuit Court. Gay specifically alleges that

two prior convictions for robbery were invalid and should not have been used to enhance his 1988 sentence.

2. It appears, from the face of Gay's petition, that his claim attacking both his 1988 conviction and the earlier convictions is precluded under the statute of limitation of 28 U.S.C. § 2244(d). Counsel for Respondents is reviewing records of previous litigation by Gay to confirm that the statute of limitation applies and precludes his petition. Additional time is needed to allow counsel for Respondents the opportunity to fully review the records of prior litigation and address all relevant matters in response to Gay's petition.

THE PREMISES CONSIDERED, Respondent respectfully requests an enlargement of time of fourteen (14) days to respond to this Honorable Court's Order to Show Cause.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:


        /s/ Andy S Poole
        Andy S. Poole (POO011)
        *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2nd</u> day of April, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing including exhibits to the following non-CM/ECF participants: Phillip Gay, AIS #109431, St. Clair Correctional Facility, 1000 St. Clair Road, Springville, Alabama 35146.

/s/Andy S. Poole
Andy S. Poole (POO011)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: apoole@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division78311/
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300
252866/106196-001