IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY, #109431, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:07-CV-178-WHA |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on April 2, 2007 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension to and including April 16, 2007 to file their answer to the petition.

Done this 3rd day of April, 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL
                                              UNITED STATES MAGISTRATE JUDGE