IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PHILLIP GAY, #109431, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:07-CV-178-WHA |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
|     Respondents. | ) |

**O R D E R**

Upon review of the answer filed by the respondents on April 16, 2007 (Court Doc. No. 12), and for good cause, it is

ORDERED that on or before May 3, 2007 the respondents shall file a supplement to their answer which advises the court of the date on which the petitioner filed his Rule 32 petition with the Circuit Court of Coffee County, Alabama.

Done this 17th day of April, 2007.

                                          /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE