# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

2008 JAN 24 P 1:32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PHILLIP GAY, ) | |
| AIS #109431, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 1:07-cv-178-WHA |
| ) | |
| RALPH HOOKS, Warden; the ) | |
| ATTORNEY GENERAL FOR ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now Troy King, Attorney General for the State of Alabama, and Ralph Hooks, Warden for the Alabama Department of Corrections, and through the undersigned counsel make the following disclosure regarding potential conflicts of interest in accordance with this Court's general Order No. 3047:

Troy King and Ralph Hooks, parties named Respondents in the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Section 2254 Cases in the United States District Courts, have been sued in their official capacities. Neither Attorney General King nor Warden

Hooks have any known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

                                             _____
                                             Andy S. Poole (POO011)
                                             *Assistant Attorney General*
                                             Counsel for Troy King and Ralph Hooks

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>24th</u> day of January, 2008, I served a copy of the foregoing on Gay by placing the same in the United States mail, first class, postage prepaid and addressed as follows:

Phillip L. Gay
AIS #109431
St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama  35146

_____
Andy S. Poole (POO011)
*Assistant Attorney General*
E-Mail: apoole@ago.state.al.us

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division78311/
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
Fax: (334) 242-2848
371657/106196-001

3