IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP GAY, #109431, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:07cv178-WHA |
| | ) | |
| RALPH HOOKS, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #20), filed on March 5, 2009, the Recommendation is adopted, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, as it was not filed within the period of limitation established by applicable federal law. The case is DISMISSED with prejudice, and final judgment will be entered.

DONE this 25th day March, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE